FEB 17 2009

10:00 am 02-12-09
Glenn Williams
2900 University Parkway
Lawrenceville, GA. 30043

JAMES N. HATTEN, Clerk
By: /s/ Lauras
Deputy Clerk

Name of Attorney Alan Gilmer
Suite 304  242 Culver St.
Lawrenceville, GA. 30045
Fax: 770-995-2502
Bus: 770-995-1616

1:09-CV-0453

Date of first contact with Attorney 12-26-08
Date of last contact with Attorney 12-26-08


TWT

Dear Sirs,

I am being held at the Gwinnett County Detention Center and have been assigned Attorney Alan Gilmer as my court appointed attorney. At the time of his assignment, I wrote his office requesting to speak with him, this was on January 22 - Feb 12 and I've not receive anything from him. After numerous attempts to contact him by phone with no success, (I have only reached his voice mail) I am contacting your agency as a last resort before asking to be reassigned Counsel. I mean the whole system, Court, DA's, Legal Aid, probation — they're so overloaded that they can't actually do what they're supposed to do. So they perform an imitation of Justice. They've been to A Calendar Court? Twelve seconds to make Decision involving someone's life and liberty. So that's corrosive. It's corrupting, because moving the system along becomes the prime value, not making sure that the laws are carried out. The Legal System of Gwinnett County and the Jail is corrupted. They will not give you a Bond, and a reasonable Court Date.